AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| JOHN SCHURKO | ) | 21-MJ-6767-MPK |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___December 12, 2021___ in the county of ___Middlesex___ in the
_____ District of ___Massachusetts___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 1951 | in that the defendant did obstruct, delay, and affect commerce and the movement of any article or commodity in commerce by robbery. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

/s/ John Oliveira
_____
*Complainant's signature*

John Oliveira, FBI Task Force Officer
_____
*Printed name and title*

Sworn to by telephone.

Date: ___12/16/2021___

*Page Kelley*
_____
*Judge's signature*

City and state: ___Boston, Massachusetts___     Hon. M. Page Kelley, Chief U.S. Magistrate Judge
_____
*Printed name and title*