℆JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**     **Category No.** __II__     **Investigating Agency** __FBI__ ⊞

**City** __Malden__ ⊞

**Related Case Information:**

**County** __Middlesex__ ⊞

Superseding Ind./ Inf. _____     Case No. __21-MJ-6767-MPK__
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __21-MJ-6774-MPK__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __John Schurko__     Juvenile:     ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:     ☐ Yes  ☑ No

Alias Name _____

Address     __(City & State) Medford, Massachusetts__

Birth date (Yr only): __1965__  SSN (last4#): __1486__  Sex __M__     Race: __White__     Nationality: __U.S.__

**Defense Counsel if known:** _____     Address _____

**Bar Number** _____     _____

**U.S. Attorney Information:**

**AUSA** __Robert E. Richardson__     Bar Number if applicable _____

**Interpreter:**     ☐ Yes  ☑ No     List language and/or dialect: _____

**Victims:**     ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)     ☐ Yes  ☑ No

**Matter to be SEALED:**     ☐ Yes  ☑ No

☐ Warrant Requested     ☐ Regular Process     ☑ In Custody

**Location Status:**

**Arrest Date** __12/15/2021__

☑ Already in Federal Custody as of __12/15/2021__ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:     Ordered by: _____ on _____

**Charging Document:**     ☑ Complaint     ☐ Information     ☐ Indictment

**Total # of Counts:**     ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: __12/16/2021__ ⊞     Signature of AUSA: ___Robert E. Richardson___

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____ 21-MJ-6767-MPK _____

**Name of Defendant** _____ John Schurko _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1951 | Affecting Commerce By Robbery | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013