# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO: 21-MJ-06767-MPK |
| | ) | |
| JOHN SCHURKO | ) | |

## MOTION TO WITHDRAW

Defense Counsel brings this Motion to Withdraw as since the appointment in this case, a conflict of interest has arisen that prevents the officer of the Federal Defender from representing Mr. Schurko. As a result, we ask that counsel be permitted to withdraw and CJA counsel appointed.

Respectfully submitted,

JOHN SCHURKO
By his Attorney

/s/ *Jessica Thrall*
Jessica Thrall,
 B.B.O.: 670412
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing upon all counsel of record by electronic filing notice.

/s/ Jessica P. Thrall
Jessica P. Thrall

Dated: January 21, 2022